# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Honorable Marcia S. Krieger

**Criminal Action No. 12-cr-00022-MSK**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**4.    ADRIAN HERNANDEZ,**

      **Defendant.**

_____

## ORDER TO SHOW CAUSE AS TO MIGUEL RAMON VELASCO
_____

**THIS MATTER** comes before the Court *sua sponte*.

On March 13, 2013, Mr. Hernandez entered a plea of guilty. At that time **(# 166)**, the Court set a sentencing date of May 29, 2013. On May 28, 2013, Mr. Hernandez's counsel, Miguel Ramon Velasco, moved **(# 191)** to continue that sentencing hearing, citing to scheduled hearings in other cases. The Court granted **(# 192)** that motion, directing the parties to contact chambers to set a new sentencing date, and directing that "no further motions to continue will be granted." Counsel subsequently contacted chambers on or about May 28, 2013, and agreed to a sentencing date of August 7, 2013.

On July 26, 2013, Mr. Velasco filed another motion **(# 194)** to continue the sentencing hearing, citing to "non-refundable family travel accommodations" that had been made for that time frame, as well as "two other matters set in immigration court at the same time." (Mr. Velasco stated that he would have an associate handle those matters, but that Mr. Hernandez "does not want substitute counsel to attend his sentencing hearing.") The Court denied **(# 195)**

that motion.

The Court convened the sentencing as scheduled on August 7, 2013. Mr. Velasco was not present. Mr. Aguilera appeared on Mr. Hernandez's behalf, but made clear that Mr. Hernandez desired to have Mr. Velasco represent him for sentencing purposes, and did not wish to proceed with Mr. Aguilera as his counsel for sentencing purposes. The Court granted Mr. Hernandez's oral motion, resetting the sentencing hearing to September 26, 2013 at 1:30 p.m.

It appears to the Court that Mr. Velasco has failed to abide by the Court's order denying his request to continue the August 7 hearing, and further, that he failed to secure his client's consent to be absent from that hearing. Accordingly, on **September 26, 2013** at **1:30 p.m.**, Mr. Velasco shall **personally appear** before the Court and **SHOW CAUSE** why he should not be held in contempt of the Court based on his failure to appear on August 7, 2013. **No request to continue this return date shall be granted.**

Dated this 7th day of August, 2013.

                                              **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge